**Dismissed and Memorandum Opinion filed February 26, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00714-CV

---

### KAREY B. STATIN, Appellant

### V.

### INVUM TWO LLC, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-75635**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed August 25, 2014. The clerk's record was filed November 5, 2014. No reporter's record was taken. No brief was filed.

On January 13, 2015, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before February 12, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, Busby and Brown.